```
                                                         FILED
                                                    GREAT FALLS DIV.
                                                   2008 OCT 27 PM 4 05
                                                  PATRICK E. DUFFY, CLERK
                                                  BY _____
                                                       DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| BOYD WHITWRIGHT,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>DWIGHT L. FONDREN, Warden, FCI Sandstone,<br><br>　　　　　　　Defendant. | No. CV 08-63-GF-SEH<br><br>**ORDER** |

On October 1, 2008, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 3.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. The petition[2] is DISMISSED WITH PREJUDICE.

2. The Clerk of Court is directed to enter a judgment of dismissal.

DATED this 27th day of October, 2008.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.